UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| THROUGH THE FOREST COUNSELING INC., individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>CHANGE HEALTHCARE INC. and UNITEDHEALTH GROUP INCORPORATED,<br><br>    *Defendants*. | Civil Action No. 3:24-cv-00370<br><br>Judge Eli J. Richardson |

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**
**PENDING RULING ON TRANSFER AND CENTRALIZATION BY JPML**

    Plaintiff Through the Forest Counseling Inc. and Defendants Change Healthcare Inc. and UnitedHealth Group Incorporated jointly moved to stay all proceedings pending a ruling by the JPML on a pending Motion for Transfer and Centralization of Related Actions in *In re: Change Healthcare Inc., Customer Data Security Breach Litig.*, MDL No. 3108, ECF No. 1 (JPML March 12, 2024), which seeks transfer pursuant to 28 U.S.C. § 1407 of this and related cases.

    For good cause shown, the motion is GRANTED. All deadlines and proceedings in this matter are STAYED until further ordered by the Court.

    IT IS SO ORDERED.

                                                                                       JUDGE ELI RICHARDSON
                                                                                    UNITED STATES DISTRICT COURT